IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

KARIMOV RAVSHANJON,

     Petitioner,

v.

Civil Action No. 2:26-cv-363

 PAUL PERRY
and RUSSELL HOTT,

     Respondents.

## **<u>ORDER</u>**

Karimov Ravshanjon ("Petitioner"), a detainee of the United States Immigration and Customs Enforcement ("ICE"), filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241, alleging that he has been unlawfully detained at the Farmville Detention Center because has been refused a bond hearing as required by 8 U.S.C. § 1226. Dkt. No. 1.

The Respondents filed a response conceding that "Petitioner is eligible for consideration for bond under § 1226(a)" and indicated that Petitioner "has not, however, filed a motion for bond before the Immigration Court." Dkt. No. 8 at 3. Based on Respondents' concession, the Court will GRANT the Petition, Dkt. No. 1, and ORDER that Petitioner be provided a bond hearing pursuant to 8 U.S.C. § 1226(a) within three (3) days of this Order. Respondents are ORDERED to file a status report with this Court within three (3) days of the bond hearing, stating whether Petitioner has been granted bond, and, if his request for bond was denied, the case-specific reasons given by the Immigration Judge for that denial.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record and to Petitioner at his address of record.

It is SO ORDERED.

_____/s/_____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: <u>May 21, 2026</u>

2